IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

NO. 7:25-CR-00006-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | DOCKET ENTRY 419 |
| | ) | |
| LISA MICHAEL, | ) | |

On the motion of the Defendant, Lisa Michael and for good cause shown, it is ORDERED that Docket

Entry 419 in this matter be sealed until further notice of this Court. The grounds for this Order are found

at Docket Entry 419.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until

otherwise ordered by this Court.

SO ORDERED, this the ___4___ day of May 2026.

James C. Dever III
United States District Court Judge